NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VIRGINIA LOVETT,**
*Petitioner,*

v.

**INTERNAL REVENUE SERVICE,**
*Respondent.*

---

2012-3030

---

Petition for review of an arbitrator's decision by Roger C. Williams.

---

## ON MOTION

---

## ORDER

The Internal Revenue Service moves for a 36-day extension of time, until July 5, 2012, to file its opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**JUN 0 8 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  John D. Wales, Esq.
     Amanda L. Tantum, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUN 0 8 2012

**JAN HORBALY**
**CLERK**